**2001-1138. Cleveland Bar Assn. v. Walsh.**

IT IS ORDERED by this court, sua sponte, that Theresa M. Walsh, Attorney Registration No. 0032330, last known address in Avon, Ohio, be found in contempt for failure to comply with this court's

order of January 9, 2002, to wit, failure to surrender her certificate of admission and attorney registration card and failure to file an affidavit of compliance on or before February 8, 2002.